| | |
|---|---|
| 1  JOSEPH P. RUSSONIELLO (CSBN 44332)<br>   United States Attorney<br>2<br>   BRIAN J. STRETCH (CSBN 163973)<br>3  Chief, Criminal Division<br>4  JEFFREY RABKIN (CSBN 189798)<br>   Assistant United States Attorney<br>5<br>   450 Golden Gate Avenue Box 36055<br>6  San Francisco, CA 94102<br>   Telephone: (415) 436–7167<br>7  Facsimile: (415) 436-7234<br>   jeffrey.rabkin@usdoj.gov<br>8<br>   Attorneys for Plaintiff | **FILED**<br>JAN 2 7 2009<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>    v.<br><br>SHELLY BANKS,<br><br>  Defendant. | No.: CR 09-0029 (PJH)<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT FROM JANUARY 23, 2009 TO MARCH 19, 2009 |

The parties appeared before the Honorable Elizabeth D. Laporte on January 23, 2009. With the agreement of counsel for both parties, the Court finds and holds as follows:

1. The government has produced discovery in this matter, and defense counsel is in the process of reviewing that discovery. The parties have also begun discussing a disposition that will address the charges currently pending in this Court

2. The parties agree to an exclusion of time under the Speedy Trial Act from January 23, 2009 to March 19, 2009, in light of the need for defense counsel to review the

STIP & [PROP.] ORDER
CR 09-0029 (PJH)

1  discovery material. Failure to grant the requested continuance would unreasonably deny
2  defense counsel reasonable time necessary for effective preparation, taking into account
3  the exercise of due diligence, and would deny the defendant continuity of counsel.

4      3. Given these circumstances, the Court finds that the ends of justice served by
5  excluding the period from January 23, 2009 to March 19, 2009, outweigh the best interest
6  of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).
7  Accordingly, and with the consent of the defendant, the period from January 23, 2009 to
8  March 19, 2009, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. §§
9  3161(h)(8)(A) and (B)(iv).

10      4. It is expected that at the next court appearance on March 19, 2009, either the
11  defendant will plead guilty or the Court will set dates for motions and/or trial.

12      IT IS SO STIPULATED.

DATED: January 23, 2009

/s/
JEFFREY RABKIN
Assistant United States Attorney

DATED: January 26, 2009

/s/
RONALD TYLER, ESQ.
Attorney for Defendant

IT IS SO ORDERED.

DATED: Jan 27, 2005

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

STIP & [PROP.] ORDER
CR 09-0029 (PJH)                    2